IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:10CR400 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ANTONIO JIMENEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the oral motion of defendant Antonio Jimenez (Jimenez) for an extension of the pretrial motion deadline. The motion was made during the arraignment on the Indictment on December 16, 2010. The government had no objection to the motion. Jimenez acknowledged the additional time needed for his motion would be excluded under the calculations under the Speedy Trial Act. The oral motion was granted.

**IT IS ORDERED:**

1. Jimenez's motion for an extension of time to file pretrial motions is granted. Jimenez shall have **to on or before February 15, 2011**, in which to file pretrial motions in accordance with the progression order.

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **from December 16, 2010 to February 15, 2011**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 16th day of December, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge