IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:10CR400 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ANTONIO JIMENEZ | |
| Defendant. | |

Before the court is the Request for Transcript by a nonparty, Filing No. 68. After considering the matter,

IT IS ORDERED:

1. The Request for Transcript (Filing No. 68) is granted, as outlined below.

2. The nonparty petitioner must contact court reporter Sue DeVetter at (402) 661-7309 or suedevetter@yahoo.com to make arrangements for the preparation and payment of the transcript.

3. The Clerk's Office is ordered to mail a copy of this order to the nonparty's address pursuant to Filing No. 68.

Dated this 3rd day of February, 2016

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge